IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01573-WYD-CBS

SCOTT BATCHELDER and
SHAWNA CRAIG, as parents and next friends of Justin Batchelder, a minor,

    Plaintiffs,

v.

BRENDAN BYRNE; and
MARKO WOLOSHUK, jointly and severally,

    Defendants.

## ORDER OF DISMISSAL

    Pursuant to the Notice of Voluntary Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (B) on August 10, 2009, this case is **DISMISSED WITH PREJUDICE**.

    Dated:  August 11, 2009

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge